UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC ADRIAN CIFUENTES,<br><br>    Plaintiff,<br><br>v.<br><br>CARVANA CO., et al.,<br><br>    Defendants. | Case No. 24-cv-09277-RFL<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL**<br><br>Re: Dkt. No. 19 |

Plaintiff Isaac Cifuentes, who is proceeding without an attorney, has responded to Defendants' motion to dismiss by stating that he does not wish to continue this lawsuit and seeks dismissal of this case without prejudice. Construing Plaintiff's request as one for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a), the request for voluntary dismissal without prejudice is **GRANTED**. The Clerk of Court shall close the case.

    **IT IS SO ORDERED.**

Dated: January 14, 2025

                                                            RITA F. LIN<br>
                                                            United States District Judge